CO-386-online
10/03

# United States District Court
# For the District of Columbia

NATURAL RESOURCES DEFENSE COUNCIL, )
INC., DAKOTA RESOURCE COUNCIL, and )
DAKOTA RURAL ACTION, )
)
)
                 Plaintiff )
vs )    Civil Action No._____
)
UNITED STATES DEPARTMENT OF STATE, CONDOLEEZZA )
RICE, in her official capacity as Secretary of State, and REUBEN )
JEFFERY III, in his official capacity as Under Secretary of State )
for Economic, Energy and Agricultural Affairs, )
)
                 Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Natural Resources Defense Council, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Natural Resources Defense Council, Inc.  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

D.C. Bar. No. 468448
BAR IDENTIFICATION NO.

Aaron Colangelo
Print Name

NRDC, 1200 New York Ave., NW, Suite 400
Address

Washington, DC 20005-6166
City    State    Zip Code

(202) 289-2376
Phone Number