CO-386-online
10/03

# United States District Court
# For the District of Columbia

NATURAL RESOURCES DEFENSE COUNCIL, )
INC., DAKOTA RESOURCE COUNCIL, and )
DAKOTA RURAL ACTION, )
                       )
               Plaintiff )
     VS )     Civil Action No._____
UNITED STATES DEPARTMENT OF STATE, CONDOLEEZZA )
RICE, in her official capacity as Secretary of State, and REUBEN )
JEFFERY III, in his official capacity as Under Secretary of State )
for Economic, Energy and Agricultural Affairs, )
                Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Dakota Rural Action,__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Dakota Rural Action__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

D.C. Bar. No. 468448
BAR IDENTIFICATION NO.

Aaron Colangelo
Print Name

NRDC, 1200 New York Ave., NW, Suite 400
Address

Washington, DC 20005-6166
City     State     Zip Code

(202) 289-2376
Phone Number