UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., 1200 New York Ave., NW, Suite 400, Washington, DC 20005; DAKOTA RESOURCE COUNCIL, 113 W 1st Street, Dickinson, ND 58602; DAKOTA RURAL ACTION, 910 4th St., Old Sanctuary Bldg., Suite A, Brookings, SD 57006, | ) ) ) ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) | Civil Action No. 08-1363 (RJL) |
| -v.- | ) ) |  |
| UNITED STATES DEPARTMENT OF STATE, 2201 C St., NW, Washington, DC 20520; CONDOLEEZZA RICE, in her official capacity as Secretary of State; REUBEN JEFFERY III, in his official capacity as Under Secretary of State for Economic, Energy and Agricultural Affairs, | ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

_____

**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*
AND SUPPORTING MEMORANDUM**

Pursuant to Civil Local Rule 83.2(d), Plaintiffs hereby move for the admission, *pro hac vice*, of Aaron M. Bloom for purposes of appearing as co-counsel for Plaintiffs. Plaintiffs' counsel, Aaron Colangelo, sponsors Mr. Bloom's admission. In support of this motion, Plaintiffs submit the attached declaration of Mr. Bloom and state as follows:

1. Mr. Bloom received his J.D. from Harvard Law School in 2003. He was admitted to the Bar in the State of New York in 2004. He remains an active member in

good standing in New York. He is also admitted to practice in the United States District Courts for the Southern District of New York.

2.  Mr. Bloom began working at Plaintiff Natural Resources Defense Council, Inc. in 2007, and has litigated federal environmental cases in courts around the United States.

3.  Mr. Bloom has been admitted to appear *pro hac vice* before the District Court of the District of Columbia once during the past two years.

4.  Mr. Bloom is familiar with the underlying facts and background of this litigation.

Respectfully submitted,

/s/ Aaron Colangelo
Aaron Colangelo (D.C. Bar # 468448)
Natural Resources Defense Council, Inc.
1200 New York Avenue, N.W., Suite 400
Washington, D.C. 20005-6166
Phone:    (202) 289-2376
Fax:      (202) 289-1060

Counsel for Plaintiffs Natural Resources Defense Council, Inc., Dakota Resource Council, and Dakota Rural Action

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
NATURAL RESOURCES DEFENSE      )
COUNCIL, INC., 1200 New York             )
Ave., NW, Suite 400, Washington,        )
DC 20005; DAKOTA RESOURCE          )
COUNCIL, 113 W 1st Street, Dickinson, )
ND 58602; DAKOTA RURAL ACTION,   )
910 4th St., Old Sanctuary Bldg., Suite  )
A, Brookings, SD 57006,                        )
                                                      )
              Plaintiffs,                        )        Civil Action No. 08-1363 (RJL)
                                                      )
              -v.-                                   )
                                                      )
UNITED STATES DEPARTMENT OF   )
STATE, 2201 C St., NW, Washington,   )
DC 20520; CONDOLEEZZA RICE,       )
in her official capacity as Secretary of    )
State; REUBEN JEFFERY III, in his       )
official  capacity as Under Secretary of  )
State for Economic, Energy and            )
Agricultural Affairs,                              )
                                                      )
              Defendants.                     )
_____)

# DECLARATION OF AARON M. BLOOM

I, Aaron M. Bloom, declare under penalty of perjury that:

1. My name is Aaron M. Bloom and I am an attorney with the Natural Resources Defense Council, Inc.

2. My office address and telephone number are as follows:

   Aaron M. Bloom
   Natural Resources Defense Council, Inc.
   40 West 20th Street
   New York, NY 10011
   (212) 727-2700

3. I received my J.D. from Harvard Law School in 2003.

4. I was admitted to the bar in New York in 2004. I remain a member in good standing.

6. I have not been disciplined by any bar.

7. I have been admitted to appear *pro hac vice* before this Court once in the past two years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, in accordance with 28 U.S.C. § 1746.

Signed this 13th day of August, 2008.

 /s/   Aaron M. Bloom
        Aaron M. Bloom

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
NATURAL RESOURCES DEFENSE      )
COUNCIL, INC., 1200 New York           )
Ave., NW, Suite 400, Washington,       )
DC 20005; DAKOTA RESOURCE      )
COUNCIL, 113 W 1st Street, Dickinson, )
ND 58602; DAKOTA RURAL ACTION, )
910 4th St., Old Sanctuary Bldg., Suite )
A, Brookings, SD 57006,                      )
                                                    )
            Plaintiffs,                          )        Civil Action No. 08-1363 (RJL)
                                                    )
            -v.-                                  )
                                                    )
UNITED STATES DEPARTMENT OF  )
STATE, 2201 C St., NW, Washington,   )
DC 20520; CONDOLEEZZA RICE,       )
in her official capacity as Secretary of   )
State; REUBEN JEFFERY III, in his      )
official capacity as Under Secretary of  )
State for Economic, Energy and           )
Agricultural Affairs,                           )
                                                    )
            Defendants.                       )
_____)

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiffs' motion for the admission, *pro hac vice*, of Aaron M. Bloom is

GRANTED.  It is hereby ORDERED that Aaron M. Bloom may appear *pro hac vice* in

the above-captioned case.


Dated:_____                        _____
                                                          Hon. Richard J. Leon
                                                          United States District Judge