UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
NATURAL RESOURCES DEFENSE           )
COUNCIL, INC., 1200 New York        )
Ave., NW, Suite 400, Washington,    )
DC 20005; DAKOTA RESOURCE           )
COUNCIL, 113 W 1st Street, Dickinson, )
ND 58602; DAKOTA RURAL ACTION,      )
910 4th St., Old Sanctuary Bldg., Suite )
A, Brookings, SD 57006,             )
                                    )
            Plaintiffs,             )     Civil Action No. 08-1363 (RJL)
                                    )
         -v.-                       )
                                    )
UNITED STATES DEPARTMENT OF         )
STATE, 2201 C St., NW, Washington,  )
DC 20520; CONDOLEEZZA RICE,         )
in her official capacity as Secretary of )
State; REUBEN JEFFERY III, in his   )
official capacity as Under Secretary of )
State for Economic, Energy and      )
Agricultural Affairs,               )
                                    )
            Defendants.             )
_____)

**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*
AND SUPPORTING MEMORANDUM**

Pursuant to Civil Local Rule 83.2(d), Plaintiffs hereby move for the admission, *pro hac vice*, of Mitchell S. Bernard for purposes of appearing as co-counsel for Plaintiffs. Plaintiffs' counsel, Aaron Colangelo, sponsors Mr. Bernard's admission. In support of this motion, Plaintiffs submit the attached declaration of Mr. Bernard and state as follows:

1.   Mr. Bernard received his J.D. from New York University School of Law in 1979.

2. In August 1980, Mr. Bernard was admitted to the Bar of the State of New York, where he remains a member in good standing.

3. Mr. Bernard has not been disciplined by any bar.

4. Mr. Bernard has not been admitted to appear, *pro hac vice*, before the District Court of the District of Columbia during the past two years.

5. Mr. Bernard is familiar with the underlying facts and background of this litigation.

          Respectfully submitted,

          /s/ Aaron Colangelo
          Aaron Colangelo (D.C. Bar # 468448)
          Natural Resources Defense Council, Inc.
          1200 New York Avenue, N.W., Suite 400
          Washington, D.C. 20005-6166
          Phone:    (202) 289-2376
          Fax:    (202) 289-1060

          Counsel for Plaintiffs Natural Resources Defense Council, Inc., Dakota Resource Council, and Dakota Rural Action

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., 1200 New York Ave., NW, Suite 400, Washington, DC 20005; DAKOTA RESOURCE COUNCIL, 113 W 1st Street, Dickinson, ND 58602; DAKOTA RURAL ACTION, 910 4th St., Old Sanctuary Bldg., Suite A, Brookings, SD 57006,<br><br>      Plaintiffs,<br><br>      -v.-<br><br>UNITED STATES DEPARTMENT OF STATE, 2201 C St., NW, Washington, DC 20520; CONDOLEEZZA RICE, in her official capacity as Secretary of State; REUBEN JEFFERY III, in his official capacity as Under Secretary of State for Economic, Energy and Agricultural Affairs,<br><br>      Defendants. | Civil Action No. _____ |

### DECLARATION OF MITCHELL S. BERNARD

I, Mitchell S. Bernard, declare under penalty of perjury that:

    1.    My name is Mitchell Seth Bernard and I am an attorney with the Natural Resources Defense Council, Inc.

    2.    My office address and telephone number are as follows:

        Mitchell S. Bernard
        Natural Resources Defense Council, Inc.
        40 West 20th Street
        New York, NY 10011
        (212) 727-2700

    3.    I received my J.D. from New York University School of Law in 1979.

4.  In August 1980, I was admitted to the Bar of the State of New York, where I remain a member in good standing.

6.  I have not been disciplined by any bar.

7.  I have not been admitted to appear *pro hac vice* before this Court in the past two years.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, in accordance with 28 U.S.C. § 1746.

Signed this 6th day of August, 2008.

*Mitchell S. Bernard*
Mitchell S. Bernard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., 1200 New York Ave., NW, Suite 400, Washington, DC 20005; DAKOTA RESOURCE COUNCIL, 113 W 1st Street, Dickinson, ND 58602; DAKOTA RURAL ACTION, 910 4th St., Old Sanctuary Bldg., Suite A, Brookings, SD 57006, <br><br> Plaintiffs, <br><br> -v.- <br><br> UNITED STATES DEPARTMENT OF STATE, 2201 C St., NW, Washington, DC 20520; CONDOLEEZZA RICE, in her official capacity as Secretary of State; REUBEN JEFFERY III, in his official capacity as Under Secretary of State for Economic, Energy and Agricultural Affairs, <br><br> Defendants. | Civil Action No. 08-1363 (RJL) |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiffs' motion for the admission, *pro hac vice*, of Mitchell S. Bernard is GRANTED. It is hereby ORDERED that Mitchell S. Bernard may appear *pro hac vice* in the above-captioned case.

Dated:_____      _____
                         Hon. Richard J. Leon
                         United States District Judge