UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
NATURAL RESOURCES DEFENSE      )
COUNCIL, INC., 1200 New York          )
Ave., NW, Suite 400, Washington,       )
DC 20005; DAKOTA RESOURCE       )
COUNCIL, 113 W 1st Street, Dickinson, )
ND 58602; DAKOTA RURAL ACTION, )
910 4th St., Old Sanctuary Bldg., Suite  )
A, Brookings, SD 57006,                      )
                                                          )
            Plaintiffs,                               )    Civil Action No. 08-1363 (RJL)
                                                          )
            -v.-                                         )
                                                          )
UNITED STATES DEPARTMENT OF  )
STATE, 2201 C St., NW, Washington,  )
DC 20520; CONDOLEEZZA RICE,      )
in her official capacity as Secretary of  )
State; REUBEN JEFFERY III, in his     )
official capacity as Under Secretary of )
State for Economic, Energy and          )
Agricultural Affairs,                              )
                                                          )
            Defendants.                            )
_____)

**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*
AND SUPPORTING MEMORANDUM**

Pursuant to Civil Local Rule 83.2(d), Plaintiffs hereby move for the admission, *pro hac vice*, of Nancy S. Marks for purposes of appearing as co-counsel for Plaintiffs. Plaintiffs' counsel, Aaron Colangelo, sponsors Ms. Marks's admission. In support of this motion, Plaintiffs submit the attached declaration of Ms. Marks and state as follows:

1.  Ms. Marks received her J.D. from Harvard Law School in 1983. She was admitted to the Bar in the Commonwealth of Massachusetts in 1984, and in the State of

New York in 1987. She remains an active member in good standing in both Massachusetts and New York.

    2.    Ms. Marks began working at Plaintiff Natural Resources Defense Council, Inc. in 1984, and she has litigated a number of federal environmental cases in courts around the United States.

    3.    Ms. Marks has not been admitted to appear, *pro hac vice*, before the District Court of the District of Columbia during the past two years.

    4.    Ms. Marks is familiar with the underlying facts and background of this litigation.

    Respectfully submitted,

/s/ Aaron Colangelo
Aaron Colangelo (D.C. Bar # 468448)
Natural Resources Defense Council, Inc.
1200 New York Avenue, N.W., Suite 400
Washington, D.C. 20005-6166
Phone:     (202) 289-2376
Fax:       (202) 289-1060

Counsel for Plaintiffs Natural Resources Defense Council, Inc., Dakota Resource Council, and Dakota Rural Action

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., 1200 New York Ave., NW, Suite 400, Washington, DC 20005; DAKOTA RESOURCE COUNCIL, 113 W 1st Street, Dickinson, ND 58602; DAKOTA RURAL ACTION, 910 4th St., Old Sanctuary Bldg., Suite A, Brookings, SD 57006,<br><br>    Plaintiffs,<br><br>-v.-<br><br>UNITED STATES DEPARTMENT OF STATE, 2201 C St., NW, Washington, DC 20520; CONDOLEEZZA RICE, in her official capacity as Secretary of State; REUBEN JEFFERY III, in his official capacity as Under Secretary of State for Economic, Energy and Agricultural Affairs,<br><br>    Defendants. | Civil Action No. 08-1363 (RJL) |

### DECLARATION OF NANCY S. MARKS

I, Nancy S. Marks, declare under penalty of perjury that:

1. My name is Nancy S. Marks and I am an attorney with the Natural Resources Defense Council, Inc.

2. My office address and telephone number are as follows:

   Nancy S. Marks
   Natural Resources Defense Council, Inc.
   40 West 20th Street
   New York, NY 10011
   (212) 727-2700

3. I received my J.D. from Harvard Law School in 1983.

4. I was admitted to the bar in Massachusetts in 1984, and in New York in 1987. I remain a member in good standing in both jurisdictions.

6. I have not been disciplined by any bar.

7. I have not been admitted to appear *pro hac vice* before this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, in accordance with 28 U.S.C. § 1746.

Signed this 7th day of August, 2008.

_____
Nancy S. Marks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., 1200 New York Ave., NW, Suite 400, Washington, DC 20005; DAKOTA RESOURCE COUNCIL, 113 W 1st Street, Dickinson, ND 58602; DAKOTA RURAL ACTION, 910 4th St., Old Sanctuary Bldg., Suite A, Brookings, SD 57006,<br><br>        Plaintiffs,<br><br>        -v.-<br><br>UNITED STATES DEPARTMENT OF STATE, 2201 C St., NW, Washington, DC 20520; CONDOLEEZZA RICE, in her official capacity as Secretary of State; REUBEN JEFFERY III, in his official capacity as Under Secretary of State for Economic, Energy and Agricultural Affairs,<br><br>        Defendants. | Civil Action No. 08-1363 (RJL) |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiffs' motion for the admission, *pro hac vice*, of Nancy S. Marks is GRANTED.  It is hereby ORDERED that Nancy S. Marks may appear *pro hac vice* in the above-captioned case.

Dated:_____                    _____
                                       Hon. Richard J. Leon
                                       United States District Judge