UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
NATURAL RESOURCES DEFENSE           )
COUNCIL, INC., 1200 New York              )
Ave., NW, Suite 400, Washington,           )
DC 20005; DAKOTA RESOURCE           )
COUNCIL, 113 W 1st Street, Dickinson, )
ND 58602; DAKOTA RURAL ACTION,  )
910 4th St., Old Sanctuary Bldg., Suite   )
A, Brookings, SD 57006,                           )
                                                    )
       Plaintiffs,                             )   Civil Action No. 08-1363 (RJL)
                                                    )
       -v.-                                      )
                                                    )
UNITED STATES DEPARTMENT OF     )
STATE, 2201 C St., NW, Washington,    )
DC 20520; CONDOLEEZZA RICE,        )
in her official capacity as Secretary of      )
State; REUBEN JEFFERY III, in his       )
official  capacity as Under Secretary of   )
State for Economic, Energy and             )
Agricultural Affairs,                                 )
                                                    )
       Defendants.                          )
_____)

**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*
AND SUPPORTING MEMORANDUM**

       Pursuant to Civil Local Rule 83.2(d), Plaintiffs hereby move for the admission,

*pro hac vice*, of Selena K. Kyle for purposes of appearing as co-counsel for Plaintiffs.

Plaintiffs' counsel, Aaron Colangelo, sponsors Ms. Kyle's admission.  In support of this

motion, Plaintiffs submit the attached declaration of Ms. Kyle and state as follows:

       1.     Ms. Kyle received her J.D. from Stanford Law School in 2005, and was

admitted to the Bar of the State of California, where she remains an active member in

good standing, in 2006. Ms. Kyle is also an inactive member in good standing of the Bar of the State of Ohio, where she was admitted in 2005.

2. Ms. Kyle became an attorney with Plaintiff the Natural Resources Defense Council, Inc. in San Francisco, California in September 2006. Prior to her employment with the Natural Resources Defense Council, Ms. Kyle served as a law clerk to the Honorable Susan J. Dlott on the United States District Court for the Southern District of Ohio, in Cincinnati, Ohio.

3. Ms. Kyle has not been admitted to appear, *pro hac vice*, before the District Court of the District of Columbia during the past two years.

4. Ms. Kyle is familiar with the underlying facts and background of this litigation.

Respectfully submitted,

/s/ Aaron Colangelo
Aaron Colangelo (D.C. Bar # 468448)
Natural Resources Defense Council, Inc.
1200 New York Avenue, N.W., Suite 400
Washington, D.C. 20005-6166
Phone:   (202) 289-2376
Fax:     (202) 289-1060

Counsel for Plaintiffs Natural Resources Defense Council, Inc., Dakota Resource Council, and Dakota Rural Action

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., 1200 New York Ave., NW, Suite 400, Washington, DC 20005; DAKOTA RESOURCE COUNCIL, 113 W 1st Street, Dickinson, ND 58602; DAKOTA RURAL ACTION, 910 4th St., Old Sanctuary Bldg., Suite A, Brookings, SD 57006,<br><br>    Plaintiffs,<br><br>-v.-<br><br>UNITED STATES DEPARTMENT OF STATE, 2201 C St., NW, Washington, DC 20520; CONDOLEEZZA RICE, in her official capacity as Secretary of State; REUBEN JEFFERY III, in his official capacity as Under Secretary of State for Economic, Energy and Agricultural Affairs,<br><br>    Defendants. | Civil Action No. 08-1363 (RJL) |

### DECLARATION OF SELENA K. KYLE

I, Selena K. Kyle, declare under penalty of perjury that:

    1.    My name is Selena Katherine Kyle and I am an attorney with the Natural Resources Defense Council, Inc.

    2.    My office address and telephone number are as follows:

    Selena K. Kyle
    Natural Resources Defense Council, Inc.
    111 Sutter Street, 20th Floor
    San Francisco, CA 94104-4540
    (415) 875-6158

    3.    I received my J.D. from Stanford Law School in 2005.

4.  In November 2005, I was admitted to the Bar of the State of Ohio, where I remain an inactive member in good standing.

5.  In December 2006, I was admitted to the Bar of the State of California, where I remain an active member in good standing.

6.  I have not been disciplined by any bar.

7.  I have not been admitted to appear *pro hac vice* before this Court in the past two years.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, in accordance with 28 U.S.C. § 1746.

Signed this 13th day of August, 2008.

_____
Selena K. Kyle

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

NATURAL RESOURCES DEFENSE )
COUNCIL, INC., 1200 New York )
Ave., NW, Suite 400, Washington, )
DC 20005; DAKOTA RESOURCE )
COUNCIL, 113 W 1st Street, Dickinson, )
ND 58602; DAKOTA RURAL ACTION, )
910 4th St., Old Sanctuary Bldg., Suite )
A, Brookings, SD 57006, )
)
      Plaintiffs, )    Civil Action No. 08-1363 (RJL)
)
      -v.- )
)
UNITED STATES DEPARTMENT OF )
STATE, 2201 C St., NW, Washington, )
DC 20520; CONDOLEEZZA RICE, )
in her official capacity as Secretary of )
State; REUBEN JEFFERY III, in his )
official capacity as Under Secretary of )
State for Economic, Energy and )
Agricultural Affairs, )
)
      Defendants. )
_____)

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE***

    Plaintiffs' motion for the admission, *pro hac vice*, of Selena K. Kyle is GRANTED.

It is hereby ORDERED that Selena K. Kyle may appear *pro hac vice* in the above-captioned case.

Dated:_____                   _____
                                                  Hon. Richard J. Leon
                                                  United States District Judge