UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., 1200 New York Ave., NW, Suite 400, Washington, DC 20005; DAKOTA RESOURCE COUNCIL, 113 W 1st Street, Dickinson, ND 58602; DAKOTA RURAL ACTION, 910 4th St., Old Sanctuary Bldg., Suite A, Brookings, SD 57006,<br><br>      Plaintiffs,<br><br>      -v.-<br><br>UNITED STATES DEPARTMENT OF STATE, 2201 C St., NW, Washington, DC 20520; CONDOLEEZZA RICE, in her official capacity as Secretary of State; REUBEN JEFFERY III, in his official capacity as Under Secretary of State for Economic, Energy and Agricultural Affairs,<br><br>      Defendants. | Civil Action No. 08-1363 (RJL) |

_____

**ERRATUM**

Plaintiffs respectfully submit this erratum on the advice of the Court's ECF help desk, and to document mail service on Defendants of Plaintiffs' August 13, 2008 Motions for Admission *Pro Hac Vice* of Aaron M. Bloom, Mitchell S. Bernard, Nancy S. Marks, and Selena K. Kyle as co-counsel for Plaintiffs. Counsel for Plaintiffs filed these Motions and the supporting declarations and proposed orders through the Court's ECF system on August 13, 2008. *See* No. 08-1368, Doc. Nos. 6, 6-2, 6-3 (Motion for Admission *Pro Hac Vice* of Aaron M. Bloom, supporting Declaration of Aaron M. Bloom, and Proposed Order); 7, 7-2, 7-3 (Motion for Admission *Pro Hac Vice* of Mitchell S.

Bernard, supporting Declaration of Mitchell S. Bernard, and Proposed Order); 8, 8-2, 8-3 (Motion for Admission *Pro Hac Vice* of Nancy S. Marks, supporting Declaration of Nancy S. Marks, and Proposed Order); and 9, 9-2, 9-3 (Motion for Admission *Pro Hac Vice* of Selena K. Kyle, supporting Declaration of Selena K. Kyle, and Proposed Order). Plaintiffs' August 13, 2008 Motion papers did not include certificates of service. *See* No. 08-1368, Doc. Nos. 6, 7, 8, 9.

On August 14, 2008, Plaintiffs' counsel served copies of the August 13, 2008 Motion papers on Defendants United States Department of State, Condoleezza Rice, and Reuben Jeffery III, by certified mail to the addresses listed on the summons for Defendants. The Court's ECF help desk has advised Plaintiffs' counsel to file this erratum documenting service by mail.

Respectfully submitted,


/s/ Aaron Colangelo_____
Aaron Colangelo (D.C. Bar # 468448)
Natural Resources Defense Council, Inc.
1200 New York Avenue, N.W., Suite 400
Washington, D.C. 20005-6166
Phone:        (202) 289-2376
Fax:           (202) 289-1060

Counsel for Plaintiffs Natural Resources Defense
Council, Inc., Dakota Resource Council, and Dakota
Rural Action

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, I caused the foregoing Erratum to be served on Defendants by certified mail to the following addresses:

United States Department of State
2201 C Street, NW
Washington, DC 20520

Condoleezza Rice
Secretary of State
United States Department of State
2201 C Street, NW
Washington, DC 20520

Reuben Jeffrey III
Under Secretary of State for Economic, Energy, and Agricultural Affairs
United States Department of State
2201 C Street, NW
Washington, DC 20520

Lily Oster