IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. No.: 08-CV-01363 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Luther L. Hajek as counsel for Federal Defendants in the above-captioned case. Service of all papers on Mr. Hajek by regular (first-class) United States mail should be made to the following mailing address:

>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663

All hand or overnight deliveries to Mr. Hajek should be made to the following street address:

>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>601 D Street, N.W., Room 3532
>Washington, D.C. 20004

Facsimiles should be transmitted to Mr. Hajek at: (202) 305-0274 and e-mails should be sent to:

luke.hajek@usdoj.gov.

Respectfully submitted this 26th day of August, 2008.

        RONALD J. TENPAS
        Assistant Attorney General
        Environment & Natural Resources Division

        */s/ Luther L. Hajek*
        LUTHER L. HAJEK
        Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Tel: (202) 305-0492;  Fax: (202) 305-0274
        E-mail: luke.hajek@usdoj.gov

        Attorneys for the Federal Defendants